Certificate Number: 05781-GAS-DE-041638709

Bankruptcy Case Number: 26-10861

05781-GAS-DE-041638709

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 4, 2026, at 10:11 o'clock AM PST, Ladaya Merideth completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Georgia.

Date: November 4, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President